Devon A. FRYE, Petitioner—Appellant,

v.

WARDEN, Department of Corrections,
Respondent—Appellee.

No. 08–6173.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 30, 2008.

Devon A. Frye, Appellant Pro Se. Josh-
ua Mikell Didlake, Office of the Attorney
General of Virginia, Richmond, Virginia,
for Appellee.

Before KING and SHEDD, Circuit
Judges, and WILKINS, Senior Circuit
Judge.

PER CURIAM:

Devon A. Frye seeks to appeal the mag-
istrate judge's order denying relief on his
28 U.S.C. § 2254 (2000) petition.* The

---

* The case was decided by a magistrate judge
with the parties' consent. 28 U.S.C. § 636(c)

(2000).

order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Frye has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*